UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP HESTER,

                              Plaintiff,

                -against-

THE CITY OF PEEKSKILL, PEEKSKILL POLICE
DEPARTMENT, LT. ADAM RENWICK, SGT.
MICHAEL NOLTE, POLICE OFFICER. ANGELO
CINTRON, JR., POLICE OFFICER DANTE HINES,
POLICE OFFICER RONALD STROH, POLICE
OFFICER HENDERSON and POLICE OFFICER "JOHN
DOE",

                              Defendants.

**NOTICE OF REMOVAL**

 Docket No. 7:25-cv-7902

Defendants City of Peekskill, Peekskill Police Department, Lt. Adam Renwick, Sgt. Michael Nolte, Police Officer Angelo Cintron, Jr., Police Officer Dante Hines, Police Officer Ronald Stroh, and Police Officer Henderson, by and through their attorneys, SOKOLOFF STERN LLP, hereby notice the removal of this case to the United States District Court for the Southern District of New York and respectfully set forth as follows:

1.      On August 26, 2025, Plaintiff Phillip Hester commenced a civil action against Defendants in the Supreme Court of the State of New York, County of Westchester. A copy of the Summons and Complaint filed with the Westchester County Clerk is attached as Exhibit A.

2.      The Complaint asserts that Defendants violated Plaintiff's constitutional rights and civil rights, and asserts federal claims under 42 U.S.C. §§ 1983 and 1985. *See* Ex. A, ¶¶ 67, 85, 90.

3.      This case therefore falls within this Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4.      Defendants are entitled to remove this action, pursuant to 28 U.S.C. § 1441(a), which provides:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5.      Notice of removal shall be filed within 30 days after receipt by the removing defendant of a copy of the Complaint. *See* 28 U.S.C. § 1446(b)(1), (2).

6.      Defendants received notice of this lawsuit on September 29, 2025, the date the Summons and Complaint was served on the City Clerk for the City of Peekskill. A copy of the Summons and Complaint received by the Clerk's Office is attached as Exhibit B. All Defendants consent to removal. Therefore, this notice of removal is timely and proper.

7.      According to the Complaint, Plaintiff resides in Westchester County and the events underlying Plaintiff's claims occurred in Westchester County, which is within the Southern District of New York. *See* Ex. A, ¶¶ 1, 3. Therefore, removal to the White Plains courthouse of the Southern District of New York is proper.

WHEREFORE, Defendants respectfully request that this action, now pending in the Supreme Court of the State of New York, County of Westchester, be removed to this Court.

Dated:  Carle Place, New York
        September 23, 2025

SOKOLOFF STERN LLP
*Attorneys for Defendants*

By:   Andrew Blancato
      179 Westbury Avenue
      Carle Place, NY 11514
      (516) 334-4500
      File No. 250126LI

TO:   All Counsel via ECF