

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ANDREW BLANCATO
ABLANCATO@SOKOLOFFSTERN.COM

October 16, 2025

**Via ECF**
Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    *Hester v. City of Peekskill et. al.,*
                   Docket No. 25-cv-07902 (JGLC)
                   File No. 250126LI

Your Honor:

      This firm represents defendants City of Peekskill, its Police Department, Lt. Adam Renwick, Sgt. Michael Nolte, and Police Officers Angelo Cintron, Dante Hines, Ronald Stroh, and Michael Henderson. We removed this case from the Supreme Court, County of Westchester to this Court on September 23, 2025. We write, with consent of plaintiff's counsel, to request an extension of time to respond to the Complaint until November 17, 2025. We apologize for the belatedness of this request.

      We need this additional time to confer with our clients, review relevant documents, and provide a response to the Complaint in accordance with the requirements of Fed. R. Civ. P. 11. This extension will not affect any other deadlines in this case, as the initial conference is scheduled for April 28, 2026.

      Thank you for your consideration of this request.

                                                               Very truly yours,

                                                               SOKOLOFF STERN LLP

                                                               *Andrew Blancato*

                                                               ANDREW BLANCATO

cc:    **via ECF**
        Beth J. Schlossman
        *Attorney for Plaintiff*
        26 Court St
        Brooklyn, NY 11242-0103