UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP HESTER,

     Plaintiff,

   -against-

THE CITY OF PEEKSKILL, et al.,

     Defendants.

25-CV-7902 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

 For the reasons stated in the conference held on April 28, 2026, the Court GRANTS

Defendants' Motion to Dismiss, dismissing Plaintiff's Complaint in its entirety without

prejudice, and GRANTS Plaintiff leave to amend. Plaintiff must file his amended complaint by

**May 12, 2026**. Discovery is STAYED pending the filing of Plaintiff's amended complaint.

 The Court will not grant extensions to Plaintiff's deadline to file his amended pleadings,

and the Court will dismiss this action with prejudice if Plaintiff fails to file his amended

pleadings by the deadline. Additionally, the Court will not grant further leave to amend to

address pleading deficiencies raised by Defendants in a subsequent motion to dismiss.

 The Clerk of Court is directed to terminate ECF No. 8.

Dated: April 28, 2026
   White Plains, New York

        SO ORDERED.

        JESSICA G. L. CLARKE
        United States District Judge