UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP HESTER,

                Plaintiff,

        -against-

THE CITY OF PEEKSKILL, et al.,

                Defendants.

25-CV-7902 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 5, 2026, Plaintiff timely filed his First Amended Complaint. ECF No. 26. On May 12, 2026, the Court extended Defendants' deadline to respond to the Amended Complaint to fourteen days after newly-added Defendants Pappas and Marchionio were served. ECF No. 28. Plaintiff has since filed Affidavits of Service, indicating that Defendants Pappas and Marchioni were served on May 18, 2026. ECF Nos. 31–32. Therefore, Defendants' deadline to respond to the Amended Complaint was June 1, 2026. However, Defendants failed to file a response to the Amended Complaint, and Defendants Pappas and Marchioni have yet to appear in this action. Counsel for Defendants is ordered to file a letter by **July 1, 2026** indicating whether they represent Defendants Pappas and Marchioni, and explain why no timely response to the Amended Complaint has been filed. If Defendants fail to file a letter by this date, the Court will consider Defendants in default. Any response to the Amended Complaint is due by **July 6, 2026.**

Dated:  June 25, 2026
          White Plains, New York

                        SO ORDERED.

                        *Jessica Clarke*

                        JESSICA G. L. CLARKE
                        United States District Judge